AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 2:23-mj-00427-DJA |
| | ) | |
| JAMES ROBINSON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Western District of Washington (AS ORDERED) | Courtroom No.: | AS ORDERED |
| --- | --- | --- | --- |
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 5/17/23

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

MAY 17 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY